DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER HALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-249

[December 14, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 99-002601 CF10A.

Christopher Hall, Bowling Green, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***